UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LG CAPITAL FUNDING, LLC <br><br> Plaintiff, <br><br> v. <br><br> BLUE SPHERE CORP. <br><br> Defendant. | Civil Action No.:   1:20-cv-04882 (PKC) <br><br> **NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE**, the Declaration of Jacob Pargament, Esq., with exhibits annexed thereto, the Declaration of Joseph Lerman, the Memorandum of Law and Statement of Damages, and the Proposed Default Judgment, Plaintiff LG Capital Funding, LLC (the "Plaintiff") by and through its undersigned counsel, will move on a date as soon thereafter as counsel may be heard, before the Honorable P. Kevin Castel, United States District Judge at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Courtroom 11D, for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting a default judgment in favor of Plaintiff and as against Defendant Blue Sphere Corp.

  **PLEASE TAKE FURTHER NOTICE**, that all answering papers must be served within thirty days of service of the present Motion for Default Judgment.

DATED:   NEW YORK, NEW YORK
October 30, 2020

**RESPECTFULLY SUBMITTED,**
**GARSON, SEGAL,**
**STEINMETZ, FLADGATE LLP**
*ATTORNEYS FOR PLAINTIFF*


BY:   _____/S/_____
JACOB PARGAMENT
KEVIN KEHRLI (KK1536)
164 WEST 25TH STREET
SUITE 11R
NEW YORK, NY 10001
**TELEPHONE:** (502) 241-2152
**FACSIMILE:** (347) 537-4540
**EMAIL:** JEP@GS2LAW.COM
       KK@GS2LAW.COM