UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LG CAPITAL FUNDING, LLC<br><br>                              Plaintiff,<br><br>v.<br><br>BLUE SPHERE CORP.<br><br>                              Defendant. | Civil Action No.:  1:20-cv-04882 (PKC)<br><br>**[PROPOSED]**<br>**DEFAULT JUDGMENT** |

This matter having been commenced on June 25, 2020 by filing a Summons and Complaint, the Court finds as follows:

1. Defendant was served on June 30, 2020, and its Answer to the Complaint was due on July 21, 2020. Dkt. 8.

2. Defendant failed to Answer, and Plaintiff requested a certificate of default on September 9, 2020. Dkt. 9-10.

3. On September 9, 2020, the Clerk of this Court noted Defendant's default.

4. To date, Defendant has failed to answer, appear, or otherwise move.

5. Defendant, a corporation, is not a minor, is not incompetent, and is not a member of the military.

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendant:

 i.   For damages in the amount of $120,112.97;

 ii.  For attorneys' fees in the amount of $7,550.00; and

 iii. For costs in the amount of $497.80.

DATED: New York, New York
_____, 20\_\_\_

**ENTER:**

_____
Hon. P. Kevin Castel
United States District Judge