**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
LG CAPITAL FUNDING, LLC,
                      Plaintiff,

                                                    20 **CIVIL** 4882 (PKC)

        -against-                      **DEFAULT JUDGMENT**

BLUE SPHERE CORP.,
                      Defendant.
----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated December 8, 2020, the motion for entry of default judgment is GRANTED. Judgment is entered for the plaintiff in the amount of $128,160.77, consisting of $120,112.97 in damages, $7,550 in attorneys' fees and $497.80 in expenses.

**DATED**: New York, New York
            December 8, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
**BY:** *K. Mango*
                                                      **Deputy Clerk**